# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Darell Bartos, | Civil No. 10-3225 (DWF/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT** |
| | **AND RECOMMENDATION** |
| Patenaude & Felix, APC, | |
| Defendant. | |

---

Bruce K. Warren, Esq., Warren & Vullings, LLP; and Kerri R. Petty, Esq., Petty Law Office, counsel for Plaintiff.

---

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that:

This action is **DISMISSED** for failure to comply with the Court's Order of September 29, 2010, and for lack of prosecution.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 1, 2010        s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge